UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80091-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**CYRUS BERNARD RICHARDSON**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING ALLEGED VIOLATION OF SUPERVISED RELEASE [ECF NO. 112]

THIS CAUSE came before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendations on Violation of Supervised Release, filed on July 8, 2025 [ECF No. 112].

THIS COURT has reviewed Judge Reinhart's Report and Recommendations and the pertinent portions of the record and is otherwise fully advised. Defendant appeared, with his counsel, and counsel for the United States also appeared before the undersigned on October 27, 2025, for a Final Revocation and Sentencing Hearing.

On January 23, 2025, United States Probation submitted a Superseding Petition identifying five (5) violations by Mr. Richardson of the terms and conditions of Supervision. [ECF No. 98]. On January 23 and June 27, 2025, Judge Reinhart held hearings on the Superseding Petition. *See* ECF Nos. 101, 109. Following the hearings, Judge Reinhart issued the Report and Recommendation recommending that this Court find that Mr. Richardson committed violation number 7 and dismiss the remaining violations. [ECF No. 112]. Mr. Richardson filed objections to the Report requesting that this Court find that Mr. Richardson

did not commit any of the violations identified in the Superseding Petition. [ECF No. 113]. The United States filed a Response to the Objections. [ECF No. 114].

On October 27, 2025, the parties appeared before the undersigned for the Final Revocation Hearing. At the outset of the hearing, counsel informed the undersigned that the parties had entered into an agreement which they intended to recommend to the Court. Pursuant to the agreement, Mr. Richardson agreed to withdraw his objections to the Report and Recommendation and admit to violation number 5, and the United States agreed to dismiss violations 1-4 and to recommend that Mr. Richardson not go into custody but, instead, that he go to a halfway house for a period of 180 days. The parties agreed that there was a typographical error in the Report and Recommendation insofar as it referenced 7 violations whereas only 5 were identified by U.S. Probation.

After hearing from the parties, including from Mr. Richardson, who was placed under oath before this Court, this Court accepted the recommendation by the parties. Accordingly, it is

**ORDERED AND ADJUDGED** that in light of Mr. Richardson's admission to violation number 5 and the Government's agreement to dismiss violation numbers 1-4, the Report **[ECF No. 112]** is **MOOT**. It is further

ORDERED AND ADJUDGED that Defendant, Cyrus Bernard Richardson, is hereby found to have violated the terms and conditions of his supervised release on violation 5, as set forth in the Superseding Petition, [ECF No. 98], and violation numbers 1-4 are **DISMISSED**.

An Order reinstating supervision will be entered separately.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 29th day of October, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Magistrate Judge Bruce E. Reinhart